IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARJORY A. REEG, | ) | Case No. 8:13CV153 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AMENDED ORDER** |
| | ) | |
| TRANSAMERICA LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | | |

Upon the Status Report (#32) filed by the parties advising the court that they have reached an agreement,

**IT IS ORDERED:**

1.  On or before **September 24, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Joseph F. Bataillon at Bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  Pending deadlines are cancelled upon the representation that this case is settled.

Dated: August 26, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge