# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARJORY A. REEG,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 8:13CV153<br><br>**ORDER OF DISMISSAL AND JUDMGENT** |

This matter having come before the Court upon the joint stipulation of the parties, and the Court being fully advised in the premises.

IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned lawsuit be and hereby is dismissed, with prejudice, each party to pay its own costs, complete record waived.

Dated this 29th day of September, 2014.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge

1